AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 07-CV-176

Angamuthu Gounder Palaniappan

v.

Dr. Vijayalakshmi Angamuthu, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice and leave to appeal to the Court of Appeals as a poor person is denied.

Date: October 10, 2007                                           RODNEY C. EARLY,
                                                                 CLERK

                                                                 By:   s/Deborah M. Zeeb
                                                                        Deputy Clerk